IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM ALAN BLODGETT,<br><br>Defendant. | No. 3:20-mj-00344-DMS<br><br>**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT** |

I, Thomas J. King, being duly sworn, depose and state that:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a graduate of Buffalo State College, where I obtained a Bachelor of Science degree in Criminal Justice. I am currently a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since February 14, 2001. Prior to that I was a Special Agent with the U.S. Immigration and Naturalization Service for five years, and an Inspector with the United States Customs Service for three years. I am presently assigned to the Anchorage, Alaska, ATF office. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy and as a result of my training and experience as an ATF Special Agent, I am familiar with the federal firearms laws.

2.     As described more fully below, I have probable cause to believe that ADAM ALAN BLODGETT has committed the following violations of federal criminal law:

**Count 1:** Beginning at a date unknown and continuing until on or about March 17, 2020, within the District of Alaska, the defendant ADAM ALAN BLODGETT knowingly and intentionally conspired, confederated, and

agreed with another person to commit an offense against the United States in violation of 18 U.S.C. § 922(g)(1), to wit: for the defendant ADAM ALAN BLODGETT, a person who had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to possess a firearm in and affecting interstate and foreign commerce, and did commit an overt act in furtherance of the conspiracy, to wit: travelling to Bass Pro Shops in Anchorage and purchasing a firearm.

**Count 2:** On or about March 17, 2020, within the District of Alaska, the defendant ADAM ALAN BLODGETT, in connection with the acquisition of a firearm from Bass Pro Shops, a licensed dealer of firearms, knowingly made and caused to be made a false and fictitious statement to Bass Pro Shops, which statement was intended and was likely to deceive Bass Pro Shops as to a fact material to the lawfulness of such sale of the said firearm to the defendant in that the defendant caused another person to false state that she was the actual transferee/buyer of the said firearm, despite knowing that she was actually acquiring the firearm on behalf of defendant ADAM ALAN BLODGETT.

**Count 3:** Beginning on or about March 17, 2020, within the District of Alaska, the defendant, ADAM ALAN BLODGETT, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Taurus PT111 G2A 9mm semiautomatic pistol and associated ammunition.

3. The information provided herein is based on my personal observations, my training and experience, my investigation of this matter, and information provided to me by other law enforcement officers. Because this information is submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

4. On April 4, 2020, officers with the Anchorage Police Department arrested "UNCHARGED COCONSPIRATOR 1". In an interview with an ATF Task Force Officer Adair, UNCHARGED COCONSPIRATOR 1 admitted making a straw purchase of a 9mm

pistol on behalf of ADAM ALAN BLODGETT in mid-March 2020.

5.  I spoke with BLODGETT on April 8, 2020. He admitted to me that UNCHARGED COCONSPIRATOR 1 had purchased the pistol for him at his direction, and that he had taken possession of the pistol thereafter.

6.  Federal law requires persons seeking to purchase firearms from licensed firearms dealers to provide certain truthful information before the firearm can be transferred to them. Currently, that information is obtained through completing a Firearms Transaction Record, ATF Form 4473.

7.  On April 12, 2020, I obtained a copy of an ATF Form 4473 completed by UNCHARGED COCONSPIRATOR 1 on March 17, 2020. This form documented the purchase of a Taurus PT111 G2A 9mm pistol, serial number TLY 19896, from Bass Pro Shops in Anchorage, Alaska. In response to question 11(a), UNCHARGED COCONSPIRATOR 1 indicated that she was the "actual transferee/buyer" of the pistol. UNCHARGED COCONSPIRATOR 1 signed the form, certifying that her answers were true, correct, and complete, and specifically certifying her understanding that falsely identifying herself as the actual buyer transferee was a felony offense.

8.  On April 29, 2020, I reviewed surveillance video from Bass Pro Shops taken on March 17, 2020. The video shows UNCHARGED COCONSPIRATOR 1 and BLODGETT entering Bass Pro Shops together. The two look at guns offered for sale together. UNCHARGED COCONSPIRATOR 1 then purchases the Taurus pistol by herself. BLODGETT then returns to the store a short time later and purchases a box of 9mm ammunition.

RESPECTFULLY SUBMITTED,

*[signature]*
THOMAS J. KING
Special Agent, ATF

SUBSCRIBED AND SWORN TO ~~before me on~~ DS telephonically   6/30/20 .

*[signature]* Deborah Smith
UNITED STATES MAGISTRATE JUDGE